Top Notch Distributors Inc  
P O Box 189  
Honesdale, PA 18431

paylocity

Direct Deposit Advice

**Check Date**  
August 22, 2025

**Voucher Number**  
57200

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,384.14 |
| **Total Direct Deposits** | | | **1,384.14** |

46067   10-400-1018   22314 57200 52405   **46067**

**James B Davis**  
106 Winchester Way  
SCRANTON, PA  18504

Non Negotiable - This is not a check - Non Negotiable

## Top Notch Distributors Inc

**James B Davis**                                                                                  Earnings Statement

| | | | |
|---|---|---|---|
| Employee ID | **22314** | Fed Taxable Income | **1,738.33** |
| Location | **10-400-1018** | Fed Filing Status | **M** |
| Salary | **$1,807.19** | State Filing Status | **M-0** |

| | | | |
|---|---|---|---|
| Check Date | **August 22, 2025** | Voucher Number | **57200** |
| Period Beginning | **August 3, 2025** | Net Pay | **1,384.14** |
| Period Ending | **August 16, 2025** | Total Hours Worked | **74.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 18.07 | 305.12 |
| Bereaveme | | | | 173.77 |
| ER BASIC | | 0.00 | 3.36 | 57.64 |
| ER STD | | 0.00 | 4.15 | 66.91 |
| Holiday | | | | 708.98 |
| Paid Leave | | | | 130.32 |
| PTO | | | | 903.60 |
| Regular | 22.5899 | 74.00 | 1,671.65 | 27,655.20 |
| Vacation | 22.5899 | 6.00 | 135.54 | 941.83 |
| **Gross Earnings** | | **80.00** | **1,807.19** | **30,513.70** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 58.45 | 977.09 |
| MED | 25.73 | 434.97 |
| PA | 54.48 | 920.89 |
| PA-640107 | 60.33 | 1,019.88 |
| PA-HON3 | 2.00 | 34.00 |
| PASUI-E | 1.23 | 21.36 |
| SS | 110.02 | 1,859.80 |
| **Taxes** | **312.24** | **5,267.99** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 36.14 | 610.21 |
| 401k Loan 1 | 15.38 | 261.46 |
| Advance | 20.00 | 20.00 |
| Child Vol Life | 1.53 | 24.72 |
| FSA | 25.00 | 400.00 |
| STD | 3.15 | 50.40 |
| Vision | 7.72 | 117.40 |
| Vol Life | 1.89 | 30.24 |
| **Deductions** | **110.81** | **1,514.43** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,384.14 |
| **Total Direct Deposits** | | | **1,384.14** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |

**Top Notch Distributors Inc**
P O Box 189
Honesdale, PA 18431

Direct Deposit Advice

**Check Date**          **Voucher Number**
September 5, 2025       57468

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,404.10 |
| **Total Direct Deposits** | | | **1,404.10** |

46067  10-400-1018  22314  57468  52648   **46067**

**James B Davis**
106 Winchester Way
SCRANTON, PA  18504

Non Negotiable - This is not a check - Non Negotiable

## Top Notch Distributors Inc

**James B Davis**                                                                                     **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **22314** | Fed Taxable Income | **1,738.33** | Check Date | **September 5, 2025** |
| Location | **10-400-1018** | Fed Filing Status | **M** | Period Beginning | **August 17, 2025** |
| Salary | **$1,807.19** | State Filing Status | **M-0** | Period Ending | **August 30, 2025** |

| | |
|---|---|
| Voucher Number | **57468** |
| Net Pay | **1,404.10** |
| Total Hours Worked | **68.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 18.07 | 323.19 |
| Bereaveme | | | | 173.77 |
| ER BASIC | | 0.00 | 3.36 | 61.00 |
| ER STD | | 0.00 | 4.15 | 71.06 |
| Holiday | | | | 708.98 |
| Paid Leave | 22.5899 | 2.00 | 45.18 | 175.50 |
| PTO | | | | 903.60 |
| Regular | 22.5899 | 68.00 | 1,536.11 | 29,191.31 |
| Vacation | 22.5899 | 10.00 | 225.90 | 1,167.73 |
| **Gross Earnings** | | **80.00** | **1,807.19** | **32,320.89** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 58.45 | 1,035.54 |
| MED | 25.73 | 460.70 |
| PA | 54.48 | 975.37 |
| PA-640107 | 60.33 | 1,080.21 |
| PA-HON3 | 2.00 | 36.00 |
| PASUI-E | 1.27 | 22.63 |
| SS | 110.02 | 1,969.82 |
| **Taxes** | **312.28** | **5,580.27** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 36.14 | 646.35 |
| 401k Loan 1 | 15.38 | 276.84 |
| Advance | | 20.00 |
| Child Vol Life | 1.53 | 26.25 |
| FSA | 25.00 | 425.00 |
| STD | 3.15 | 53.55 |
| Vision | 7.72 | 125.12 |
| Vol Life | 1.89 | 32.13 |
| **Deductions** | **90.81** | **1,605.24** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,404.10 |
| **Total Direct Deposits** | | | **1,404.10** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |

Top Notch Distributors Inc | P O Box 189  Honesdale, PA 18431 | (800) 233-4210 | FEIN: 93-0940340 | PA: 64-07286

**Top Notch Distributors Inc**
P O Box 189
Honesdale, PA 18431

Direct Deposit Advice

**Check Date**  September 19, 2025

**Voucher Number**  57744

paylocity

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,404.10 |
| **Total Direct Deposits** | | | **1,404.10** |

46067   10-400-1018   22314   57744   52895   **46067**

**James B Davis**
106 Winchester Way
SCRANTON, PA  18504

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Top Notch Distributors Inc

**James B Davis**                                                                                 **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | **22314** | Fed Taxable Income | **1,738.33** | Check Date **September 19, 2025** | Voucher Number **57744** |
| Location | **10-400-1018** | Fed Filing Status | **M** | Period Beginning **August 31, 2025** | Net Pay **1,404.10** |
| Salary | **$1,807.19** | State Filing Status | **M-0** | Period Ending **September 13, 2025** | Total Hours Worked **72.00** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 18.07 | 341.26 |
| Bereaveme | | | | 173.77 |
| ER BASIC | | 0.00 | 3.36 | 64.36 |
| ER STD | | 0.00 | 4.15 | 75.21 |
| Holiday | 22.5899 | 8.00 | 180.72 | 889.70 |
| Paid Leave | | | | 175.50 |
| PTO | | | | 903.60 |
| Regular | 22.5899 | 72.00 | 1,626.47 | 30,817.78 |
| Vacation | | | | 1,167.73 |
| **Gross Earnings** | | **80.00** | **1,807.19** | **34,128.08** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 58.45 | 1,093.99 |
| MED | 25.73 | 486.43 |
| PA | 54.48 | 1,029.85 |
| PA-640107 | 60.33 | 1,140.54 |
| PA-HON3 | 2.00 | 38.00 |
| PASUI-E | 1.27 | 23.90 |
| SS | 110.02 | 2,079.84 |
| **Taxes** | **312.28** | **5,892.55** |

| Deductions | Amount | YTD |
|---|---|---|
| 401K | 36.14 | 682.49 |
| 401k Loan 1 | 15.38 | 292.22 |
| Advance | | 20.00 |
| Child Vol Life | 1.53 | 27.78 |
| FSA | 25.00 | 450.00 |
| STD | 3.15 | 56.70 |
| Vision | 7.72 | 132.84 |
| Vol Life | 1.89 | 34.02 |
| **Deductions** | **90.81** | **1,696.05** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,404.10 |
| **Total Direct Deposits** | | | **1,404.10** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |

Top Notch Distributors Inc | P O Box 189  Honesdale, PA 18431 | (800) 233-4210 | FEIN: 93-0940340 | PA: 64-07286

Case 5:25-bk-02927    Doc 4    Filed 10/13/25    Entered 10/13/25 20:14:19    Desc Main
Document      Page 3 of 4

| | | Check Date | Voucher Number |
|---|---|---|---|
| | | October 3, 2025 | 58031 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| NET FED CR UNION | C | ***8605 | 1,404.14 |
| **Total Direct Deposits** | | | **1,404.14** |

46067   10-400-1018   22314  58031  53144   **46067**

**James B Davis**
106 Winchester Way
SCRANTON, PA  18504

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Top Notch Distributors Inc

**James B Davis**                                                                                          **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **22314** | Fed Taxable Income | **1,738.33** | Check Date | **October 3, 2025** | Voucher Number | **58031** |
| Location | **10-400-1018** | Fed Filing Status | **M** | Period Beginning | **September 14, 2025** | Net Pay | **1,404.14** |
| Salary | **$1,807.19** | State Filing Status | **M-0** | Period Ending | **September 27, 2025** | Total Hours Worked | **80.00** |

| **Earnings** | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| 401k Match | | 0.00 | 18.07 | 359.33 |
| Bereaveme | | | | 173.77 |
| ER BASIC | | 0.00 | 3.36 | 67.72 |
| ER STD | | 0.00 | 4.15 | 79.36 |
| Holiday | | | | 889.70 |
| Paid Leave | | | | 175.50 |
| PTO | | | | 903.60 |
| Regular | 22.5899 | 80.00 | 1,807.19 | 32,624.97 |
| Vacation | | | | 1,167.73 |
| **Gross Earnings** | | **80.00** | **1,807.19** | **35,935.27** |

| **Taxes** | Amount | YTD |
|---|---|---|
| FITW | 58.45 | 1,152.44 |
| MED | 25.73 | 512.16 |
| PA | 54.48 | 1,084.33 |
| PA-640107 | 60.33 | 1,200.87 |
| PA-HON3 | 2.00 | 40.00 |
| PASUI-E | 1.27 | 25.17 |
| SS | 109.98 | 2,189.82 |
| **Taxes** | **312.24** | **6,204.79** |

| **Deductions** | Amount | YTD |
|---|---|---|
| 401K | 36.14 | 718.63 |
| 401k Loan 1 | 15.38 | 307.60 |
| Advance | | 20.00 |
| Child Vol Life | 1.53 | 29.31 |
| FSA | 25.00 | 475.00 |
| STD | 3.15 | 59.85 |
| Vision | 7.72 | 140.56 |
| Vol Life | 1.89 | 35.91 |
| **Deductions** | **90.81** | **1,786.86** |

| **Direct Deposits** | **Type Account** | Amount |
|---|---|---|
| NET FED CR UNION | C     ***8605 | 1,404.14 |
| **Total Direct Deposits** | | **1,404.14** |

| **Time Off** | Available to Use | Plan Year Used |
|---|---|---|
| Floating | 8.00 | 0.00 |

Top Notch Distributors Inc | P O Box 189  Honesdale, PA 18431 | (800) 233-4210 | FEIN: 93-0940340 | PA: 64-07286