Lehigh Valley Physician Group - Lehigh    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Jacqueline Davis    106 WINCHESTER WAY Scranton, PA 18504-9777

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jacqueline Davis | Lehigh Valley Physician Group - Lehigh | 245292 | 08/03/2025 | 08/16/2025 | 08/21/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,560.92 | 246.58 | 270.41 | 0.00 | 1,043.93 |
| YTD | 26,602.53 | 4,193.26 | 4,614.19 | 0.00 | 17,795.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bereavement | | | 0 | | 8 | 155.12 |
| Emergency PTO | | | 0 | | 8 | 155.12 |
| Overtime | 08/03/2025 - 08/09/2025 | 0.4 | 29.085 | 11.64 | 8.5 | 247.30 |
| PTO | | | 0 | | 86.3 | 1,673.37 |
| Regular | 08/03/2025 - 08/09/2025 | 40 | 19.39 | 775.61 | | |
| Regular | 08/10/2025 - 08/16/2025 | 39.9 | 19.39 | 773.67 | 1224.9 | 23,751.14 |
| Sick | | | 0 | | 32 | 620.48 |
| Earnings | | | | 1,560.92 | | 26,602.53 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 83.43 | 1,422.37 |
| Medicare | 19.51 | 332.65 |
| Federal Withholding | 79.32 | 1,356.25 |
| State Tax - PA | 41.31 | 704.30 |
| SUI-Colleague Paid - PA | 1.09 | 18.62 |
| City Tax - DNMOR | 45.75 | 780.00 |
| Employee Taxes | 270.41 | 4,614.19 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 31.22 | 532.14 |
| Benefits Basic Dental Employee | 31.00 | 527.00 |
| LVHN Health Plan PPO - EE | 134.36 | 2,284.12 |
| LVHN Health Plan Spousal Surcharge | 50.00 | 850.00 |
| Pre Tax Deductions | 246.58 | 4,193.26 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 15.61 | 266.11 |
| Benefits Basic Life Employer | 1.23 | 20.91 |
| Benefits Long Term Disability | 5.17 | 87.89 |
| LVHN Health Plan PPO - ER | 1,073.52 | 18,249.84 |
| Benefits Short Term Disability | 4.35 | 73.95 |
| Employer Paid Benefits | 1,099.88 | 18,698.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,345.56 | 22,941.41 |
| Medicare - Taxable Wages | 1,345.56 | 22,941.41 |
| Federal Withholding - Taxable Wages | 1,314.34 | 22,409.27 |
| State Tax Taxable Wages - PA | 1,345.56 | 22,941.41 |
| City Tax Taxable Wages - DNMOR | 1,345.56 | 22,941.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Net Credit Union | NET | ******8605 | | 1,043.93 USD |

Lehigh Valley Physician Group - Lehigh    PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Jacqueline Davis    106 WINCHESTER WAY Scranton, PA 18504-9777

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jacqueline Davis | Lehigh Valley Physician Group - Lehigh | 245292 | 08/17/2025 | 08/30/2025 | 09/04/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,562.85 | 246.62 | 270.90 | 0.00 | 1,045.33 |
| YTD | 28,165.38 | 4,439.88 | 4,885.09 | 0.00 | 18,840.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bereavement | | | 0 | | 8 | 155.12 |
| Emergency PTO | | | 0 | | 8 | 155.12 |
| Overtime | | | 0 | | 8.5 | 247.30 |
| PTO | 08/17/2025 - 08/30/2025 | 12 | 19.39 | 232.68 | 98.3 | 1,906.05 |
| Regular | 08/17/2025 - 08/23/2025 | 28.6 | 19.39 | 554.56 | | |
| Regular | 08/24/2025 - 08/30/2025 | 32 | 19.39 | 620.49 | 1285.5 | 24,926.19 |
| Sick | 08/17/2025 - 08/30/2025 | 8 | 19.39 | 155.12 | 40 | 775.60 |
| Earnings | | | | 1,562.85 | | 28,165.38 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 83.54 | 1,505.91 |
| Medicare | 19.54 | 352.19 |
| Federal Withholding | 79.54 | 1,435.79 |
| State Tax - PA | 41.37 | 745.67 |
| SUI-Colleague Paid - PA | 1.10 | 19.72 |
| City Tax - DNMOR | 45.81 | 825.81 |
| Employee Taxes | 270.90 | 4,885.09 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 31.26 | 563.40 |
| Benefits Basic Dental Employee | 31.00 | 558.00 |
| LVHN Health Plan PPO - EE | 134.36 | 2,418.48 |
| LVHN Health Plan Spousal Surcharge | 50.00 | 900.00 |
| Pre Tax Deductions | 246.62 | 4,439.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 15.63 | 281.74 |
| Benefits Basic Life Employer | 1.23 | 22.14 |
| Benefits Long Term Disability | 5.17 | 93.06 |
| LVHN Health Plan PPO - ER | 1,073.52 | 19,323.36 |
| Benefits Short Term Disability | 4.35 | 78.30 |
| Employer Paid Benefits | 1,099.90 | 19,798.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,347.49 | 24,288.90 |
| Medicare - Taxable Wages | 1,347.49 | 24,288.90 |
| Federal Withholding - Taxable Wages | 1,316.23 | 23,725.50 |
| State Tax Taxable Wages - PA | 1,347.49 | 24,288.90 |
| City Tax Taxable Wages - DNMOR | 1,347.49 | 24,288.90 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Net Credit Union | NET | ******8605 | | 1,045.33 USD |

Lehigh Valley Physician Group - Lehigh   PO Box 4000 2100 Mack Blvd. Allentown, PA 18103-4000
Jacqueline Davis   106 WINCHESTER WAY Scranton, PA 18504-9777

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jacqueline Davis | Lehigh Valley Physician Group - Lehigh | 245292 | 08/31/2025 | 09/13/2025 | 09/18/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,556.06 | 246.49 | 269.14 | 0.00 | 1,040.43 |
| YTD | 29,721.44 | 4,686.37 | 5,154.23 | 0.00 | 19,880.84 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bereavement | | | 0 | | 8 | 155.12 |
| Emergency PTO | | | 0 | | 8 | 155.12 |
| Overtime | 09/07/2025 - 09/13/2025 | 0.1 | 29.085 | 2.91 | 8.6 | 250.21 |
| PTO | 08/31/2025 - 09/13/2025 | 8 | 19.39 | 155.12 | 106.3 | 2,061.17 |
| Regular | 08/31/2025 - 09/06/2025 | 32.1 | 19.39 | 622.42 | | |
| Regular | 09/07/2025 - 09/13/2025 | 40 | 19.39 | 775.61 | 1357.6 | 26,324.22 |
| Sick | | | 0 | | 40 | 775.60 |
| Earnings | | | | 1,556.06 | | 29,721.44 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 83.13 | 1,589.04 |
| Medicare | 19.44 | 371.63 |
| Federal Withholding | 78.74 | 1,514.53 |
| State Tax - PA | 41.16 | 786.83 |
| SUI-Colleague Paid - PA | 1.09 | 20.81 |
| City Tax - DNMOR | 45.58 | 871.39 |
| Employee Taxes | 269.14 | 5,154.23 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 31.13 | 594.53 |
| Benefits Basic Dental Employee | 31.00 | 589.00 |
| LVHN Health Plan PPO - EE | 134.36 | 2,552.84 |
| LVHN Health Plan Spousal Surcharge | 50.00 | 950.00 |
| Pre Tax Deductions | 246.49 | 4,686.37 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 15.57 | 297.31 |
| Benefits Basic Life Employer | 1.23 | 23.37 |
| Benefits Long Term Disability | 5.17 | 98.23 |
| LVHN Health Plan PPO - ER | 1,073.52 | 20,396.88 |
| Benefits Short Term Disability | 4.35 | 82.65 |
| Employer Paid Benefits | 1,099.84 | 20,898.44 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,340.70 | 25,629.60 |
| Medicare - Taxable Wages | 1,340.70 | 25,629.60 |
| Federal Withholding - Taxable Wages | 1,309.57 | 25,035.07 |
| State Tax Taxable Wages - PA | 1,340.70 | 25,629.60 |
| City Tax Taxable Wages - DNMOR | 1,340.70 | 25,629.60 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Net Credit Union | NET | ******8605 | | 1,040.43 USD |

Lehigh Valley Physician Group - Lehigh    PO Box 4000 2100 Mack Blvd, Allentown, PA 18103-4000
Jacqueline Davis    106 WINCHESTER WAY Scranton, PA 18504-9777

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jacqueline Davis | Lehigh Valley Physician Group - Lehigh | 245292 | 09/14/2025 | 09/27/2025 | 10/02/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,511.47 | 245.59 | 257.55 | 0.00 | 1,008.33 |
| YTD | 31,232.91 | 4,931.96 | 5,411.78 | 0.00 | 20,889.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Bereavement | | | 0 | | 8 | 155.12 |
| Emergency PTO | | | 0 | | 8 | 155.12 |
| Overtime | 09/14/2025 - 09/20/2025 | 0.1 | 29.085 | 2.91 | 8.7 | 253.12 |
| PTO | | | 0 | | 106.3 | 2,061.17 |
| Regular | 09/14/2025 - 09/20/2025 | 40 | 19.39 | 775.61 | | |
| Regular | 09/21/2025 - 09/27/2025 | 37.8 | 19.39 | 732.95 | 1435.4 | 27,832.78 |
| Sick | | | 0 | | 40 | 775.60 |
| Earnings | | | | 1,511.47 | | 31,232.91 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 80.35 | 1,669.39 |
| Medicare | 18.79 | 390.42 |
| Federal Withholding | 73.50 | 1,588.03 |
| State Tax - PA | 39.79 | 826.62 |
| SUI-Colleague Paid - PA | 1.05 | 21.86 |
| City Tax - DNMOR | 44.07 | 915.46 |
| Employee Taxes | 257.55 | 5,411.78 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employee | 30.23 | 624.76 |
| Benefits Basic Dental Employee | 31.00 | 620.00 |
| LVHN Health Plan PPO - EE | 134.36 | 2,687.20 |
| LVHN Health Plan Spousal Surcharge | 50.00 | 1,000.00 |
| Pre Tax Deductions | 245.59 | 4,931.96 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 403(b) Employer Match | 15.12 | 312.43 |
| Benefits Basic Life Employer | 1.23 | 24.60 |
| Benefits Long Term Disability | 5.17 | 103.40 |
| LVHN Health Plan PPO - ER | 1,073.52 | 21,470.40 |
| Benefits Short Term Disability | 4.35 | 87.00 |
| Employer Paid Benefits | 1,099.39 | 21,997.83 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,296.11 | 26,925.71 |
| Medicare - Taxable Wages | 1,296.11 | 26,925.71 |
| Federal Withholding - Taxable Wages | 1,265.88 | 26,300.95 |
| State Tax Taxable Wages - PA | 1,296.11 | 26,925.71 |
| City Tax Taxable Wages - DNMOR | 1,296.11 | 26,925.71 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Net Credit Union | NET | ******8605 | | 1,008.33 | USD |