United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                             Case No. 25-02927-MJC  
James B Davis                                                  Chapter 7  
Jackie J Davis  
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                            User: AutoDocke                          Page 1 of 3  
Date Rcvd: Oct 14, 2025                    Form ID: 309A                        Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James B Davis, Jackie J Davis, 106 Winchester Way, Scranton, PA 18504-9777 |
| 5749914 | + | Arrow Financial Services, LLC, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 5749915 | + | Bioserenity USA, PO Box 117711, Atlanta, GA 30368-7711 |
| 5749926 | | Geisinger Medical Group, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5749927 | + | Geisinger System Services, 240 Mall Blvd, Bloomsburg, PA 17815-8306 |
| 5749928 | + | Lackawanna Tax Claim Bureau, 123 Wyoming Ave Suite 241, Scranton, PA 18503-2025 |
| 5749934 | + | Portnoff Law Associates, Ltd., PO Box 391, Norristown, PA 19404-0391 |
| 5749936 | + | Riverside School District, 601 South Main St, Taylor, PA 18517-1941 |
| 5749942 | + | Top Notch Distributions Inc., 417 Erie Street, Honesdale, PA 18431-1011 |
| 5749946 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Oct 14 2025 19:17:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: lawrencegfrank@gmail.com | Oct 14 2025 19:17:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Oct 14 2025 19:17:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5749910 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 14 2025 19:17:02 | Affirm, 650 California St, Floor 12, San Francisco, CA 94108-2716 |
| 5749911 | ^ | MEBN | Oct 14 2025 19:11:46 | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5749923 | | Email/Text: CantonRecoveryGroup@cbna.com | Oct 14 2025 19:17:00 | Community Bank NA, PO Box 628, Olean, NY 14760 |
| 5749916 | + | EDI: CAPITALONE.COM | Oct 14 2025 23:13:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5749917 | + | EDI: CAPITALONE.COM | Oct 14 2025 23:13:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5749918 | + | EDI: CITICORP | Oct 14 2025 23:13:00 | Citibank NA, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5749919 | + | EDI: CITICORP | Oct 14 2025 23:13:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5749920 | | EDI: WFNNB.COM | Oct 14 2025 23:13:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 5749921 | + | EDI: WFNNB.COM | Oct 14 2025 23:13:00 | Comenity Bank/Venus, PO Box 182789, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5749922 | | EDI: WFNNB.COM | Oct 14 2025 23:13:00 | Columbus, OH 43218-2789<br>Comenity Capital/Ikea Pro Card, PO Box 182120, Columbus, OH 43218-2120 |
| 5749924 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 14 2025 19:17:02 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5749925 | | EDI: MAXMSAIDV | Oct 14 2025 23:13:00 | Dept of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5749929 | | Email/Text: customerpay@secure.lincare.com | Oct 14 2025 19:17:00 | Lincare, PO Box 105760, Atlanta, GA 30348 |
| 5749930 | + | EDI: CITICORP | Oct 14 2025 23:13:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5749931 | | Email/Text: bankruptcy@marinerfinance.com | Oct 14 2025 19:17:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5749932 | | Email/Text: bankruptcies@penncredit.com | Oct 14 2025 19:17:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5749933 | | Email/Text: bkrgeneric@penfed.org | Oct 14 2025 19:17:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5749935 | ^ | MEBN | Oct 14 2025 19:11:45 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5749938 | + | EDI: SYNC | Oct 14 2025 23:13:00 | SYNCB/Amazon, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749939 | | EDI: SYNC | Oct 14 2025 23:13:00 | SYNCB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749940 | | EDI: SYNC | Oct 14 2025 23:13:00 | SYNCB/Paypal Mastercard, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749941 | | EDI: SYNC | Oct 14 2025 23:13:00 | SYNCB/Sweetwater Sound, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5749937 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 14 2025 19:17:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5749943 | ^ | MEBN | Oct 14 2025 19:11:48 | Torres Credit Services, 27 Fairview St Ste 301, Carlisle, PA 17015-3200 |
| 5749944 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 14 2025 19:17:00 | Transworld Systems Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 5749945 | | Email/Text: bknotice@upgrade.com | Oct 14 2025 19:17:00 | Upgrade Inc., 275 Battery St, 22nd Floor, San Francisco, CA 94111-3305 |
| 5749947 | | Email/Text: edbknotices@ecmc.org | Oct 14 2025 19:17:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5749912 | | Apple Card/GS Bank USA, Lockbox 6112 PO Box 7247 |
| 5749913 | | Philadelphia, PA 19170 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 James B Davis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Jackie J Davis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | James B Davis<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–0583 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | Jackie J Davis<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–1157 |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: | 7  10/13/25 |
| Case number: | 5:25–bk–02927–MJC | | |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James B Davis | Jackie J Davis |
| 2. | **All other names used in the last 8 years** | aka James Davis | aka Jackie Davis, aka Jacqueline Davis, aka Jacqueline Janine Davis, aka Jacqueline J Davis |
| 3. | **Address** | 106 Winchester Way<br>Scranton, PA 18504 | 106 Winchester Way<br>Scranton, PA 18504 |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank<br>(Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br><br>Email: lawrencegfrank@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| Debtor **James B Davis** and **Jackie J Davis** | | Case number **5:25–bk–02927–MJC** | |

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 10/14/25 |
| **7.** | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>*Valid photo ID and proof of Social Security number are required* | **Date:** November 19, 2025 at 10:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust–regions–r03/region–3–section–341–meetings–0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1–267–552–4686<br><br> |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/18/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**