# SABATINI LAW FIRM, LLC

CARLO SABATINI  
KRISTIN SABATINI

216 N. Blakely St.  
Dunmore, PA 18512  
Phone: (570) 341-9000  
Fax: (570) 504-2769  
<u>Satellite Office</u>: Wilkes-Barre 823-9000

October 28, 2025

Bankruptcy Clerks Office  
U.S. Courthouse  
197 South Main St.  
Wilkes-Barre, PA 18701

        **RE: In re James and Jackie Davis**  
           **5:25-bk-02927-MJC**

Dear Sir or Madam:

    The notice sent to Apple Card/GS bank USA in the above case was returned to my office because the address was incorrect. Kindly change the address for Apple Card/GS bank USA on the mailing matrix to the following:

| OLD ADDRESS: | NEW ADDRESS: |
|---|---|
| Apple Card/GS bank USA | Apple Card/GS bank USA |
| Lockbox 6112 PO Box 7247 | Lockbox 6112 PO Box 7247 |
|  | Philadelphia, PA 19170 |

    Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

                                          Sincerely yours,

                                          <u>s/ Tiffany Bator</u>  
                                          Tiffany Bator  
                                          Paralegal

/tb

\* Board Certified - Consumer Bankruptcy Law - American Board of Certification