# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| James B Davis,<br>aka James Davis, | Chapter 7 |
| **Debtor 1** | Case No. 5:25–bk–02927–MJC |
| Jackie J Davis,<br>aka Jackie Davis, aka Jacqueline Davis, aka Jacqueline Janine Davis, aka Jacqueline J Davis, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–0583    xxx–xx–1157

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 23, 2026

**fnldecac** (05/18)