United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02927-MJC |
| James B Davis | Chapter 7 |
| Jackie J Davis | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 3
Date Rcvd: Jan 23, 2026     Form ID: 318     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James B Davis, Jackie J Davis, 106 Winchester Way, Scranton, PA 18504-9777 |
| 5749914 | + | Arrow Financial Services, LLC, 5996 West Touhy Avenue, Niles, IL 60714-4610 |
| 5749915 | + | Bioserenity USA, PO Box 117711, Atlanta, GA 30368-7711 |
| 5749926 | | Geisinger Medical Group, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5749927 | + | Geisinger System Services, 240 Mall Blvd, Bloomsburg, PA 17815-8306 |
| 5749928 | + | Lackawanna Tax Claim Bureau, 123 Wyoming Ave Suite 241, Scranton, PA 18503-2025 |
| 5749934 | + | Portnoff Law Associates, Ltd., PO Box 391, Norristown, PA 19404-0391 |
| 5749936 | + | Riverside School District, 601 South Main St, Taylor, PA 18517-1941 |
| 5749942 | + | Top Notch Distributions Inc., 417 Erie Street, Honesdale, PA 18431-1011 |
| 5749946 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5751639 | | EDI: ATLASACQU | Jan 23 2026 23:41:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5749910 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 23 2026 18:50:31 | Affirm, 650 California St, Floor 12, San Francisco, CA 94108-2716 |
| 5749911 | ^ | MEBN | Jan 23 2026 18:38:16 | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5749912 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 23 2026 18:41:00 | Apple Card/GS bank USA, Lockbox 6112 PO Box 7247, Philadelphia, PA 19170-0001 |
| 5749923 | | Email/Text: CantonRecoveryGroup@cbna.com | Jan 23 2026 18:41:00 | Community Bank NA, PO Box 628, Olean, NY 14760 |
| 5749916 | + | EDI: CAPITALONE.COM | Jan 23 2026 23:41:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5749917 | + | EDI: CAPITALONE.COM | Jan 23 2026 23:41:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5749918 | + | EDI: CITICORP | Jan 23 2026 23:41:00 | Citibank NA, PO Box 70166, Philadelphia, PA 19176-0166 |
| 5749919 | + | EDI: CITICORP | Jan 23 2026 23:41:00 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5749920 | | EDI: WFNNB.COM | Jan 23 2026 23:41:00 | Comenity Bank/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 5749921 | + | EDI: WFNNB.COM | Jan 23 2026 23:41:00 | Comenity Bank/Venus, PO Box 182789, Columbus, OH 43218-2789 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5749922 | | EDI: WFNNB.COM | Jan 23 2026 23:41:00 | Comenity Capital/Ikea Pro Card, PO Box 182120, Columbus, OH 43218-2120 |
| 5749924 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 23 2026 18:50:39 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5749925 | | EDI: MAXMSAIDV | Jan 23 2026 23:41:00 | Dept of Ed/Aidvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 5749929 | | Email/Text: customerpay@secure.lincare.com | Jan 23 2026 18:41:00 | Lincare, PO Box 105760, Atlanta, GA 30348 |
| 5749930 | + | EDI: CITICORP | Jan 23 2026 23:41:00 | Macys/CBNA, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 5749931 | | Email/Text: bankruptcy@marinerfinance.com | Jan 23 2026 18:41:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5749932 | | Email/Text: bankruptcies@penncredit.com | Jan 23 2026 18:41:00 | PennCredit Corporation, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 5749933 | | Email/Text: bkrgeneric@penfed.org | Jan 23 2026 18:41:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5749935 | ^ | MEBN | Jan 23 2026 18:38:14 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5749938 | + | EDI: SYNC | Jan 23 2026 23:41:00 | SYNCB/Amazon, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749939 | | EDI: SYNC | Jan 23 2026 23:41:00 | SYNCB/Paypal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749940 | | EDI: SYNC | Jan 23 2026 23:41:00 | SYNCB/Paypal Mastercard, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5749941 | | EDI: SYNC | Jan 23 2026 23:41:00 | SYNCB/Sweetwater Sound, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5749937 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 23 2026 18:41:00 | Santander Consumer USA, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5749943 | ^ | MEBN | Jan 23 2026 18:38:19 | Torres Credit Services, 27 Fairview St Ste 301, Carlisle, PA 17015-3200 |
| 5749944 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 23 2026 18:41:00 | Transworld Systems Inc., 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 5749945 | | Email/Text: bknotice@upgrade.com | Jan 23 2026 18:41:00 | Upgrade Inc., 275 Battery St, 22nd Floor, San Francisco, CA 94111-3305 |
| 5749947 | | Email/Text: edbknotices@ecmc.org | Jan 23 2026 18:41:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5749913 | | Philadelphia, PA 19170 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2026      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 James B Davis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Carlo Sabatini | on behalf of Debtor 2 Jackie J Davis usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | James B Davis | Social Security number or ITIN xxx–xx–0583 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Jackie J Davis | Social Security number or ITIN xxx–xx–1157 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02927–MJC | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James B Davis
aka James Davis

Jackie J Davis
aka Jackie Davis, aka Jacqueline Davis, aka Jacqueline Janine Davis, aka Jacqueline J Davis

**By the court:**

1/23/26

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                       page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2